# UNITED STATES DISTRICT COURT
for the

## Eastern District of California

UNITED STATES OF AMERICA

v.

AUSTIN GARRET BAILLIE

)
)
)
)
)

Case No.  6:25-
MJ-00057-HBK

## ORDER SETTING CONDITIONS OF RELEASE
**(Misdemeanor)**

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3)   The defendant shall abstain from the excessive use of alcohol and/or the use of controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4)   The defendant shall notify the Court and defendant's counsel of any change of address; report to the USM Office in Fresno for processing within 10 days before 4:00 pm

(5)   The defendant must appear at:  U.S. District Court, 9004 Castle Cliff Court, Yosemite, CA

*Place*

Before Majistrate Judge Helena Barch-Kuchta

on _____ 3/10/2026 at 10:00 AM _____

*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 12-16-25

_____
*Defendant's signature*

Date: 12/16/2025

_____
*Judicial Officer's Signature*

Helena Barch-Kuchta, United States Magistrate Judge
*Printed name and title*

AO 199A (Rev. 12/11- EDCA [Fresno Version 2])  Order Setting Conditions of Release- Misd.